UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED
DEC 1 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Jonathan Carter

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Judge: Stanley Sacks
Ill.: State's Attorney office
State of Illinois

09 C 7489
Judge Ruben Castillo
Magistrate Judge Sidney I. Schenkier

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

__X__  **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Jonathan Cartee

B. List all aliases: None

C. Prisoner identification number: K-63566

D. Place of present confinement: Cook County Jail

E. Address: 2600 S. California Ave, Chicago, Ill 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Judge: Stanley Sacks

Title: Judge: for Cook County Court

Place of Employment: Cook County jail Court house

B. Defendant: Ill State's Attorney office

Title: State's Attorney office

Place of Employment: Cook County

C. Defendant: State of Illinois

Title: State of Illinois

Place of Employment: State of Illinois

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

A. Name of case and docket number: _N/A_

B. Approximate date of filing lawsuit: _N/A_

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _N/A_

D. List all defendants: _N/A_

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _N/A_

F. Name of judge to whom case was assigned: _N/A_

G. Basic claim made: _N/A_

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _N/A_

I. Approximate date of disposition: _N/A_

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was Convected by Jury of 2nd degree murder and the time was/is 4 to 15yrs and i was given 28yrs in prison under the enhancement act.

So, from March of 1996 - Nov of 2007 i was in prison on the charge of 2nd degree murder.

Revised 9/2007

Revised 9/2007

V.  **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I had to spend more time in prison that 2nd degree aloud, so i feel that i should be paid for my time spent over in prison as well as for pain and suffering.

VI.  The plaintiff demands that the case be tried by a jury. ☒ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __Nov__ day of __07__, 20__09__

_Jonathan Carter_
(Signature of plaintiff or plaintiffs)

_Jonathan Carter_
(Print name)

__2009-0058638__
(I.D. Number)

Cook County Jail Department of Correction
2600 South California Ave
Chicago, Illinois 60608
(Address)